**DISMISS; and Opinion Filed August 21, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01521-CV

**AETNA LIFE INSURANCE COMPANY AND AETNA HEALTH INC., Appellant**
**V.**
**KINDRED HOSPITALS LIMITED PARTNERSHIP D/B/A KINDREND HOSPITAL
HOUSTON MEDICAL CENTER; THC HOUSTON, INC. D/B/A KINDRED HOSPITAL-
BAY AREA AND D/B/A KINDRED HOSPITAL HOUSTON-NORTHWEST; AND
TRANSITIONAL HOSPITALS CORPORATION OF TEXAS, INC. D/B/A KINDRED
HOSPITAL TARRANT COUNTY-FORT WORTH SOUTHWEST, Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-13831**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Reichek
Opinion by Justice Schenck

Before the Court is the parties' August 19, 2019 joint motion to dismiss this appeal with

prejudice. In the motion, the parties state they have reached a settlement and agree to dismiss the

appeal.

We grant the motion and dismiss this appeal.

/David J. Schenck/

181521F.P05

DAVID J. SCHENCK
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

AETNA LIFE INSURANCE COMPANY
AND AETNA HEALTH INC., Appellants

No. 05-18-01521-CV      V.

KINDRED HOSPITALS LIMITED
PARTNERSHIP D/B/A KINDREND
HOSPITAL HOUSTON MEDICAL
CENTER; THC HOUSTON, INC. D/B/A
KINDRED HOSPITAL-BAY AREA AND
D/B/A KINDRED HOSPITAL
HOUSTON-NORTHWEST; AND
TRANSITIONAL HOSPITALS
CORPORATION OF TEXAS, INC. D/B/A
KINDRED HOSPITAL TARRANT
COUNTY-FORT WORTH SOUTHWEST,
Appellees

On Appeal from the 101st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-16-13831.
Opinion delivered by Justice Schenck,
Justices Osborne and Reichek participating.

In accordance with this Court's opinion of this date, we **DISMISS** this appeal with prejudice.

We **ORDER** that each party bear its own costs of this appeal.

Judgment entered this 21st day of August, 2019.